# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Hawes and Lisa Hawes,

       Plaintiffs,                         Civil No. 09-365 (RHK\AJB)
                                                   **ORDER**

    vs

Blast-Tek, Inc., d/b/a Warehouse Rentals,
Quick Tanks, Inc., McCoy Investments,
Inc. d/b/a Forecast Sales,

       Defendants,

and

Blast-Tek, Inc., d/b/a Warehouse Rentals,

       Defendant and Third
       Party Plaintiff,

Coating Specialties, LLC,

       Third Party Defendant.

---

Based upon the Amended Stipulation for Partial Dismissal, and pursuant to Coating Specialties, LLC's affirmative waiver authorized by Minn. Stat. § 176.061, Subd. 11, **IT IS ORDERED** that:

    1.    All claims against Coating Specialties, LLC are hereby dismissed with prejudice and without costs to any party, and the caption shall be amended accordingly.

2. The parties remaining in this lawsuit may present evidence and legal arguments concerning the fault, if any, of Third-Party Defendant Coating Specialties, LLC to the finder of fact, in the event this matter proceeds to trial.

Dated: August 31, 2010                              s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge