# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Hawes and Lisa Hawes,

    Plaintiffs,

v.

Blast-Tek, Inc. d/b/a Warehouse Rentals,
Quick Tanks, Inc., McCoy Investments Inc.
d/b/a Forecast Sales,

    Defendants,

and

Blast-Tek, Inc. d/b/a Warehouse Rentals,

    Defendant and
    Third-Party Plaintiff,

v.

Coating Specialties, LLC,

    Third-Party Defendant.

Civil No. 09-365 (RHK/AJB)

**ORDER**

Confirming this Court's September 10, 2001 e-mail to counsel, **IT IS ORDERED** that the September 14, 2010 hearing is **CANCELED**, and will be rescheduled, if necessary, following the forthcoming settlement conference before Chief Magistrate Judge Arthur J. Boylan.

Dated: September 13, 2010

    s/Richard H. Kyle
    RICHARD H. KYLE
    United States District Judge